_____

No. 96-2284
_____

Lawrence James Cron,                     *
                                         *
          Appellant,                     *
                                         *   Appeal from the United States
     v.                                  *   District Court for the
                                         *   District of Minnesota.
United States of America,                *
                                         *          [UNPUBLISHED]
          Appellee.                      *


_____

                    Submitted:  January 31, 1997

                      Filed:  February 5, 1997
_____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.
_____

PER CURIAM.

     Lawrence James Cron appeals from the denial by the District Court[1] of
his motion under 28 U.S.C. § 2255 (1994).  After carefully reviewing the
record before us and the parties' briefs, we agree with the District Court
that Cron's counsel did not render ineffective assistance.  Accordingly,
the judgment of the District Court is affirmed.  See 8th Cir. R. 47B.


     A true copy.


        Attest:


            CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

     [1]The Honorable Paul A. Magnuson, Chief Judge, United States
District Court for the District of Minnesota.